

**Peru 703**
@peru703

- Home
- Reviews
- Photos
- Posts
- Videos
- Events
- Community
- Menu
- About

Like · Follow · Share · ...

Write a comment...

Peru 703 is 😄 feeling fantastic at Peru 703.
June 5 · Centreville, VA

Prepárate para vivir un Domingo por la tarde ideal: buena comida ✔️ buenos amigos✔️, buen ambiente✔️, y suficientes bebidas 🎉 para brindar por más goles. 🤗✨🔴 Te esperamos! Domingo jugamos todos! 🇵🇪⚽|
PERU 703 📍5005 Westone Plaza Suite D, Chantilly VA 20151 | 📞 703.657.3240🔴
*Llamar para hacer reservaciones de grupos de 6+
**Regalaremos gorros alegóricos a los más hinchas. Capacidad limitada**
#vamosPeru

See Translation



16 — 4 Comments

Like · Comment · Share

Most Relevant ▼

Write a comment...

**Wilmer Lokito Peruano** Y hoy no pasan el juego 😮😁
Like · Reply · See Translation · 7w

Most Relevant is selected, so some replies may have been filtered out.

**Peru 703** Wilmer Lokito Peruano cerramos a las 10pm 😌 ...pero el Domingo con todo! 🇵🇪✨🤗

---

Call Now · Send Me[ssage]

**Page Transparency**

Facebook is showing information to help you be[tter] understand the purpose of a Page. See actions [taken by] the people who manage and post content.

🏳 Page created - November 18, 2015

**Related Pages**

**Pikaron438**
Peruvian Restaurant

**NOVA Nurses Home C...**
Nursing Home

**Sabor a Barrio Peruvia...**
Latin American Restaurant

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies · More ▾
Facebook © 2019